772 A.2d 386

IN THE MATTER OF FELICE F. MISCHEL
AN ATTORNEY AT LAW

May 30, 2001.

# O R D E R

This matter having been duly presented to the Court, it is ORDERED that **FELICE F. MISCHEL** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1980, and who was suspended from the practice of law for a period of two years, effective March 11, 1999, by Order of this Court dated January 23, 2001, be restored to the practice of law, effective immediately.